KARL PAUL *v.* COMMISSIONER OF CORRECTION

The petitioner Karl Paul's petition for certification for appeal from the Appellate Court, 95 Conn. App. 901 (AC 25760), is denied.

*Mark Rembish*, special public defender, in support of the petition.

*Julia K. Conlin*, assistant state's attorney, in opposition.

Decided June 14, 2006

DAVID HARDT *v.* TOWN OF WATERTOWN ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 95 Conn. App. 52 (AC 26094), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the claimant was not entitled to workers' compensation benefits based upon General Statutes § 7-314a?"

The Supreme Court docket number is SC 17684.

*Laura Ondrush*, in support of the petition.

Decided June 14, 2006